UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MICHJEFF, LLC and JEFFREY ALLAN MUELLER,<br><br>    Plaintiffs,<br><br>vs.<br><br>FCX GLOBAL, INC., JARETT REINHARTZ, TEN TOES DOWN, INC., MICAH GABRIEL KATZ, NATE JONES, PRO THERAPY SUPPLIES, LLC, and XUONG TANG,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:24-CV-449-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motions to dismiss plaintiffs' amended complaint [D.E. 46, 49, 61], DISMISSES WITH PREJUDICE plaintiffs' amended complaint [D.E. 74], and DENIES plaintiffs' motion for preliminary injunction [D.E. 42]. In dismissing the amended complaint with prejudice, the court notes that plaintiffs amended their complaint, failed to address numerous deficiencies in the amended complaint, and did not ask for yet another opportunity to amend. The clerk SHALL close the case.

This Judgment filed and entered on February 24, 2025, and copies to:
Counsel of record for the parties    (via CM/ECF electronic notification)

February 24, 2025

                                                            Peter A. Moore, Jr.
                                                            Clerk of Court

                                          By: /s/ Stephanie Mann
                                                 Deputy Clerk